Arden Dietrich BODE, Alfred Ernest Partridge, John Kayser Neubrand, Morris Horowitz, George Kiyoshi Yamada, Jason Jerome Hopkins, and Rodney Claud Owen, Appellants, v. UNITED STATES of America, Appellee.

No. 9999.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1945.

Writ of Certiorari Denied Dec. 17, 1945.

See 66 S.Ct. 272.

Francis Heisler, of Chicago, Ill., and John Brattin, of Lansing, Mich., for appellants.

Joseph F. Deeb, U. S. Atty., of Grand Rapids, Mich., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

These consolidated appeals were heard upon the transcript of record and briefs of counsel, and it appearing to the court that there is no manifest error in the judgments and sentences appealed from, or in the record, it is therefore ordered and adjudged that the judgments and sentences appealed from be and the same are in all things affirmed, and mandates will issue forthwith.

Roy Alton HELWIG, Appellant, v. UNITED STATES of America, Appellee.

No. 9971.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1945.

Charles Atwood, of Cincinnati, Ohio, for appellant.

Byron B. Harlan, U. S. Atty., of Cincinnati, Ohio, and R. J. O'Donnell, Asst. U. S. Atty., of Columbus, Ohio, for appellee.

Before SIMONS and ALLEN, Circuit Judges, and FORD, District Judge.

PER CURIAM.

Upon consideration of the appeal prosecuted in forma pauperis, and it appearing that nothing in the way of record has been prepared and sent to the court, the court is not advised as to the errors complained of and counsel assigned by the court to represent the appellant stating to the court that he could find no prejudicial error in the proceedings below, it is ordered that the judgment be and it is hereby affirmed.